IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KEVIN RUSSELL, | ) | CIVIL ACTION NO. 5:25-CV-02244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JENNIFER DOWDELL ARMSTRONG |
| FRANK BISIGNANO, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be reversed and remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). *See Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026).  This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to the prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c.  On remand, the ALJ will further consider the Plaintiff's claim, take any further action necessary to complete the administrative record, including offering Plaintiff the opportunity for a hearing, and issuing another decision.


Date:  April 22, 2026            Entered:  /s/*Jennifer Dowdell Armstrong*